NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DUPONT AIR PRODUCTS NANOMATERIALS, LLC,**
*Plaintiff/Counterclaim Defendant-Appellee,*

**and**

**PRECISION COLLOIDS, LLC and
THE VIRKLER COMPANY
(doing business as Chemical Technologies, LLC),**
*Counterclaim Defendants-Appellees.*

**v.**

**CABOT MICROELECTRONICS CORPORATION,**
*Defendant/Counterclaim Plaintiff-Appellant.*

———————————

2011-1085

———————————

Appeal from the United States District Court for the District of Arizona in No. 06-CV-2952, Chief Judge Roslyn O. Silver.

———————————

**JUDGMENT**

———————————

DONALD R. DUNNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for plaintiff/counterclaim defendant-appellee and counterclaim defendants-appellees. With him on the brief were RONALD A. BLEEKER and ANDREW J. VANCE.

WAYNE L. STONER, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, Massachusetts, argued for defendant/counterclaim plaintiff-appellant. With him on the brief STEPHEN M. MULLER, GREGORY P. TERAN, JOSEPH J. MUELLER and MEGAN BARBERO; and WILLIAM G. MCELWAIN, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* DYK and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 14, 2011 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |